# ILLINOIS TRAFFIC CRASH REPORT

Sheet 1 of 1 Sheets

Agency Crash Report No.: **2019-00078**
LARS Code: 
No. Lanes: 1
TRFW: 7
VEHT: 1

| DRAC | PEDV | TRFD | TRFC | WEAT | DRVA | VIS | LGHT | COLL | MANV | PPA | PPL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| U1: 1 | U1: | 12 | 4 | 1 | 5 | U1: 1 | 4 | 10 | U1: 3 | U1: | U1: |
| U2: 1 | U2: | | | | | U2: 1 | | | U2: 1 | U2: | U2: |

**Investigating Agency:** Elwood Police Department
**Address No.:** 27142
**Highway or Street Name:** BASELINE RD

☐ AT INTERSECTION WITH: _____ FT / MI   N S E W (CIRCLE)   (NAME OF INTERSECTION OR ROAD FEATURE)

**Damage to Any One Person's Vehicle / Property:**
☐ $500 OR LESS
☐ $501 - $1,500
☑ OVER $1,500

**Type of Report:**
☑ ON SCENE
☐ NOT ON SCENE (DESK REPORT)
☐ AMENDED

Township ☐  City ☑ ELWOOD   County: WILL

☐ A - No Injury / Drive Away
☑ B - Injury and/or Tow Due To Crash

**Intersection Related:** ☐ YES ☑ NO
**Private Property:** ☐ YES ☑ NO
**Hit & Run:** ☐ YES ☑ NO

**Date of Crash:** 2/8/2019   **Time:** 6:05 AM ☐ / PM ☑
**Number Motor Vehicles Invld:** 2

---

## UNIT 1

**Name:** ALFARO, FRANCIS  ☑ DRIVER ☐ PARKED-NO DRIVER ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV
**Street Address:** 12202 N 15TH ST APT 506
**City:** TAMPA   **State:** FL   **ZIP:** 33612
**Telephone:** (787) 224-8953
**Driver License No.:** A416256872980   **State:** FL   **Class:** A
**Taken To:** Refused   **EMS Agency:** Refused

**Date of Birth:** 8/18/1987
**Sex:** M   **Safety:** 9   **Air:** 4   **Injury:** O   **Eject:** 1
**Make:** FREIGHTLINER   **Model:** TRUCK TRACTOR   **Year:** 2014
**Plate No.:** 2236333   **State:** IN   **Year:** 2019
**VIN:** 1FUGGLD5XELFK3657
**Vehicle Owner (Last, First, M.I.):** SCHNEIDER NATIONAL
**Owner Address (Street, City, State, ZIP):** 7101 W 17TH AVE GARY, IN, 46406
**Telephone:** (787) 224-8953
**Insurance Co.:** Old Republic Ins. Co.
**Policy No.:** MWTT312854

**Circle Number(s) For Damaged Area(s):**
00 - NONE
10 - UNDER CARRIAGE
11 - TOTAL (ALL AREAS)
12 - OTHER
99 - UNKNOWN
**Point of First Contact:** 7

**Circle Day of Week:** SU MO TU WE TH **FR** SA

TOWED DUE TO CRASH: ☑ Y ☐ N
FIRE: ☐ Y ☑ N
HAZMAT SPILL: ☐ Y* ☑ N
COM VEH: ☑ Y ☐ N*
* IF YES SEE SIDEBAR

RSUR: 1
ALIGN: 1
VEHU: 1
U1 BAC: 20
U1 NO. OCCS: 96

---

## UNIT 2

**Name:** ANDERSON, BOBBI L  ☑ DRIVER ☐ PARKED-NO DRIVER ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV
**Street Address:** 604 ELMWOOD AVE
**City:** JOLIET   **State:** IL   **ZIP:** 60433
**Telephone:** (815) 545-2909
**Driver License No.:** A536-0727-0617   **State:** IL   **Class:** D
**Taken To:** SILVER CROSS HOSPITAL   **EMS Agency:** ELWOOD FIRE

**Date of Birth:** 1/17/1970
**Sex:** F   **Safety:** 9   **Air:** 4   **Injury:** C   **Eject:** 1
**Make:** TOYOTA   **Model:** CAMRY   **Year:** 1995
**Plate No.:** AP91128   **State:** IL   **Year:** 2019
**VIN:** 1NXAE09B9SZ284455
**Vehicle Owner (Last, First, M.I.):** ANDERSON, BOBBI L
**Owner Address (Street, City, State, ZIP):** 604 ELMWOOD AVE JOLIET, IL 60433
**Telephone:** (815) 545-2909
**Insurance Co.:** None
**Policy No.:** NONE

**Point of First Contact:** 1

RDEF: 7
U2 BAC: 96
U2 NO. OCCS: 96

---

**PASSENGERS & WITNESSES ONLY** (UNIT) (SEAT) (DOB) (SEX) (SAFT) (AIR) (INJ) (EJCT) (NAME) / (ADDR) / (TEL) (HOSP) (EMS)

U1 DRP: 5
U1: 1
U2 DRP: 1
U2: 5

**DAMAGED PROPERTY**

| (EVNO) | (MOST) | (EVNT) | (LOC) | DAMAGED PROPERTY OWNER NAME | PROPERTY OWNER ADDRESS | CITY | STATE | ZIP | CONTRIBUTORY CAUSE(S) | POSTED SPEED LIMIT |
|---|---|---|---|---|---|---|---|---|---|---|
| UNIT 1: 1 | ☑ | 11 | 1 | | | | | | PRIMARY: 06 SECONDARY: 02 | 35 |
| UNIT 1: 2 | ☐ | | | | | | | | | |
| UNIT 1: 3 | ☐ | | | | | | | | | |
| UNIT 2: 1 | ☐ | | | | | | | | | |
| UNIT 2: 2 | ☐ | | | | | | | | | |
| UNIT 2: 3 | ☑ | 11 | 1 | | | | | | | |

| | ARREST NAME | SECTION | CITATION NO. | DATE POLICE NOTIFIED | TIME NOTIFIED |
|---|---|---|---|---|---|
| | ALFARO, FRANCIS | 5/11-902 | 016000110 | 2/8/2019 | 6:05 AM ☑ PM ☐ |
| OFFICER ID: 204 | ANDERSON, BOBBI L | 3-707(A) | 016000115 | COURT DATE: 3/8/2019 | COURT TIME: 9:00 AM ☑ PM ☐ |

**Signature:** Ken Jaburek   **Beat / Dist.:**   **Supervisor ID:** Andrew Anderson, 104

IY002

EXHIBIT A

*[Illinois Traffic Crash Report — rotated 90°]*

**X001452800**

A Diagram and Narrative are required on all Type B crashes, even if units have been moved prior to the officer's arrival.

*[Diagram showing Unit 1 and Unit 2 on Elwood International Port Authority Road, with a north arrow]*

**NARRATIVE** (Refer to vehicle by Unit No.)

Unit #1 was a 2014 Freightliner truck tractor with 53 ft. trailer, which was parked on the southbound shoulder of Elwood International Port Authority Road awaiting to pull into 27142 S. EIP/Target NFI Warehouse.

Unit #1 driver stated, it was his turn to pull into the Target/NFI warehouse to check in his load. Unit #1 began his left hand turn without seeing Unit #2 a 1995 Toyota Camry which was southbound on the EIP. When Unit #2 struck Unit #1 on the driverside rear tandem of tractor. Driver of Unit #2 complained of a head injury but was not visible to officer on scene. Driver of Unit #2 was transported by Elwood Fire Department to Silver Cross Hospital, New Lenox, IL.

Citations issued:

**LOCAL USE ONLY**

| | | |
|---|---|---|
| Motorist 1 Report No: **20180566301** | N **41.5849** | |
| Motorist 2 Report No: **20180566302** | W **-89.3319** | |
| U1 Color: **Orange** | U2 Color: **Gold** | |
| U1 Towed by / to: | U1 Race: **W** | U2 Race: **B** |
| | U2 Towed by / to: **Rendels/Rendels** | |

## COMMERCIAL MOTOR VEHICLE (CMV)

**IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS.**

A CMV is defined as any motor vehicle used to transport passengers or property and:
1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination); or
2. Is used or designed to transport more than 15 passengers, including the driver (example: shuttle or charter bus); or
3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van-type vehicle or passenger car); or
4. Is used or designed to transport between 9 and 15 passengers, including the driver, for direct compensation beyond 75 air miles from the driver's work reporting location (example: large van used for specific purposes); or
5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle.

**UNIT 1**

CARRIER NAME **SCHNEIDER NATIONAL**
ADDRESS **7101 W 17TH ST**
CITY/STATE/ZIP **GARY, IN, 46406**
USDOT NO. **264184** ILLCC NO. _____
Source of above info. ☐ Side of Truck ☑ Papers ☐ Driver ☐ Log Book
Gross Vehicle Weight Rating (GVWR): **80000**
Were HAZMAT placards displayed on the vehicle? ☐ Yes ☑ No
4-Digit UN no. _____ 1-digit Hazard Class no. _____
if yes, name on placard _____
Did HAZMAT Spill from the vehicle (do not consider fuel from the vehicle's own tank)? ☐Yes ☑No ☐Unknown
Did HAZMAT Regulations violation contribute to the crash? ☐Yes ☑No ☐Unknown
Did Motor Carrier Safety Regulations (MCS) violation contribute to the crash? ☐Yes ☑No ☐Unknown
Was a Driver/Vehicle Examination Report form completed?
HAZMAT ☐Yes ☑No ☐Unk Out of Service? ☐Yes ☑No
MCS ☐Yes ☑No ☐Unk Out of Service? ☐Yes ☑No
Form No. _____

IDOT PERMIT NO. _____ WIDE LOAD? ☐ Yes ☑ No
TRAILER WIDTH(S): 0-96" 97-102" >102"
TRAILER 1 ☐ ☐ ☐
TRAILER 2 ☐ ☐ ☐
TRAILER LENGTH(S): 1 **53** ft. TRAILER 2 _____ ft.
TOTAL VEHICLE LENGTH _____ ft. NO. OF AXLES **5**
CRASH LOCATION: ☐ CITY OF _____ OR ☑ NEAREST CITY
_____ MILES N E S W OR **ELWOOD,IL**
CIRCLE ONE CITY NAME
SELECT CODES FROM BACK COVER OF CRASH BOOKLET:
VEHICLE CONFIGURATION **5** LOAD TYPE **9**
CARGO BODY TYPE **2**

Narrative

Unit #1 Failure to yeild turning left. 11-902

Unit #2 No Insurance on Motor Vehicle 3-707

Failure to reduce speed to avoid accident 11-601-a

Expired Driver's License under 1 year. 6-101

# Form 10-K Schneider National, Inc.

## Annual report [Section 13 and 15(d), not S-K Item 405]

SEC.report (https://sec.report/) / Schneider National, Inc. (/CIK/0001692063) / Form 10-K (/Document/0001692063-21-000056/)   / (Filer)

Published: 2021-02-19 14:33:30 (2021-02-19T14:33:30-0400)
Submitted: 2021-02-19
Filing Agent: GIERTZ JAMES R (/CIK/0001692063)
Period Ending In: 2020-12-31

Interactive XBRL Filing (/Document/0001692063-21-000056/Interactive-1)

About Form 10-K (/Form/10-K)

sndr-20201231.htm (https://sec.report/Document/0001692063-21-000056/sndr-20201231.htm) 10-K

Zoom In | Zoom Out

## sndr-20201231

Table of Contents

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION** Washington, D.C. 20549

**FORM 10-K**

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2020 OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____ Commission File Number: 001-38054

**Schneider National, Inc.** (Exact Name of Registrant as Specified in Its Charter)

Wisconsin
(State of Incorporation)

39-1258315
(IRS Employer Identification No.)

3101 South Packerland Drive
Green Bay, Wisconsin 54313
(Address of Registrant's Principal Executive Offices and Zip Code)

(920) 592-2000 (Registrant's Telephone Number, Including Area Code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading symbol | Name of each exchange on which registered |
|---|---|---|
| Class B common stock, no par value | SNDR (/Ticker/SNDR) | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐ Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒ Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐ Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐



EXHIBIT B

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2021L 000111
Filed Date: 2/8/2021 11:47 AM
Envelope: 12133337
Clerk: JH

**IN THE CIRCUIT COURT OF WILL COUNTY, ILLINOIS**
**COUNTY DEPARTMENT – LAW DIVISION**

| | |
|---|---|
| BOBBI ANDERSON, <br><br> PLAINTIFF, <br><br> v. <br><br> FRANCIS ALFARO and SCHNEIDER NATIONAL, INC., <br><br> Defendants. | 2021L 000111 <br><br><br> **Jury Trial Demanded** |

### COMPLAINT AT LAW

NOW COMES the PLAINTIFF, BOBBI ANDERSON ("PLAINTIFF"), by and through her attorneys, The Law Offices of Haytham Faraj, and complaining of the Defendants, FRANCIS ALFARO ("ALFARO") and SCHEIDER NATION, INC. ("SCHIEDER"), and alleges as follows:

### FACTS COMMON TO ALL ALLEGATIONS

1. On February 8, 2019, and at all relevant times, PLAINTIFF resided and was a citizen of Joliet, Will County, Illinois.

2. On February 8, 2019, and at all relevant times, ALFARO resided and was a citizen of Tampa, Florida.

3. On February 8, 2019, and at all relevant times, SCHNEIDER was headquartered and incorporated in the State of Wisconsin.

4. At all times relevant, SCHNEIDER operated a logistics company across the United States and within Illinois under USDOT No. 261184 and MC No. 133655.

5. At all times relevant, ALFARO was an agent, servant, and/or employee of SCHNEIDER acting in the course and scope of his agency and employment of SCHNEIDER.

Initial case management set for 06/01/2021 at: 9:00 a.m.

EXHIBIT C

6. On February 8, 2019, and at all relevant times, Elwood International Port Authority Road runs north and south.

7. ALFARO was parked in a semi-truck with an attached tractor trailer in the southbound shoulder of Elwood International Port Authority Road.

8. Upon information and belief, ALFARO was parked waiting to check-in his load into the Target warehouse.

9. The truck driven by ALFARO was owned by SCHNEIDER.

10. The truck at issue is a 2014 Freightliner Cascadia 125.

11. PLAINTIFF was operating a 1995 Toyota Camry.

12. PLAINTIFF was traveling southbound on Elwood International Port Authority Road.

13. ALFARO then suddenly exited the shoulder to go check-in the load.

14 ALFARO began making a left-hand turn out of the shoulder without seeing PLAINTIFF.

15. The truck was suddenly perpendicular in the road causing PLAINTIFF to strike the driver's side of the truck.

16. ALFARO was cited for violating 625 ILCS 5/11-902 (failure to yield while turning left).

17. On March 8, 2019, ALFARO pleaded guilty to the violation and was sentenced to three months of supervision.

18. On June 14, 2019, however, the court revoked ALFARO's supervision and entered a conviction.

19. PLAINTIFF was ticketed for failing to reduce speed to avoid an accident, but the ticket was dismissed.

## COUNT I -NEGLIGENCE
### Against ALFARO

20. PLAINTIFF incorporates by reference all other paragraphs in this Complaint as though fully alleged herein.

21. On February 8, 2019, and at all times relevant, ALFARO had a duty to operate the truck at issue in a reasonable and safe manner.

22. ALFARO was negligent and breached his duty in one or more of the following ways:

   a. improper lane usage;

   b. failed to yield while making a left turn in violation of 625 ILCS 5/11-902;

   c. failed to maintain control over the operation of a motor vehicle so as to avoid the collision with PLAINTIFF;

   d. failed to maintain a proper and sufficient lookout on a public road;

   e. failed to operate his vehicle in a reasonably safe manner;

   f. was otherwise negligent and/or careless.

23. As a direct and proximate result of one or more of the aforesaid alleged acts of negligence, PLAINTIFF suffered serious and permanent injuries, including but not limited to: medical bills, lost wages, pain and suffering, and loss of enjoyment of life.

## COUNT II -NEGLIGENCE
### Against SCHNEIDER

24. PLAINTIFF incorporates by reference all other paragraphs in this Complaint as though fully alleged herein.

25. SCHNIEDER was the owner of the vehicle operated by ALFARO.

26. SCHNIEDER, through its agent/employee, had a duty to operate its semi-truck in a manner so as not to cause harm or injury to others.

27. Despite said duty, SCHNEIDER, through its agent/employee, breached said duty and was negligent in one or more of the following ways:

    a. improper lane usage;

    b. failed to yield while making a left turn in violation of 625 ILCS 5/11-902;

    c. failed to maintain control over the operation of a motor vehicle so as to avoid the collision with PLAINTIFF;

    d. failed to maintain a proper and sufficient lookout on a public road;

    e. failed to operate his vehicle in a reasonably safe manner;

    f. was otherwise negligent and/or careless.

28. As a direct and proximate result of one or more of the aforesaid alleged acts of negligence, PLAINTIFF suffered serious and permanent injuries, including but not limited to: medical bills, lost wages, pain and suffering, and loss of enjoyment of life.

### COUNT III – AGENCY (VICARIOUS LIABILITY)
**Against SCHNEIDER**

29. PLAINTIFF incorporates by reference all other paragraphs in this Complaint as though fully alleged herein.

30. ALFARO, at all times relevant, was a duly appointed agent or employee of SCHNEIDER.

31. At all times relevant, ALFARO was acting within the scope of his authority, agency, and employment of SCHNEIDER.

32. At all times relevant, SCHNEIDER owned the semi-truck at issue.

33. At all times relevant, SCHNEIDER controlled or had the right to control ALFARO's conduct.

34. At all times relevant, ALFARO's operation of the semi-truck fell within the scope of his agency and/or employment with SCHNEIDER.

35. As a direct and proximate result of one or more of the aforesaid alleged acts of negligence, PLAINTIFF suffered serious and permanent injuries, including but not limited to: medical bills, lost wages, pain and suffering, and loss of enjoyment of life.

WHEREFORE, PLAINTIFF, demands judgement against the Defendants in a sum of money in excess of $50,000.00 together with the costs of this action.

Respectfully Submitted:

/s/ Matthew Amarin
Matthew Amarin
Law Offices of Haytham Faraj, PLLC
1935 W. Belmont Avenue
Chicago, IL 60657
Matthew@FarajLaw.com
One of PLAINTIFF's Attorneys

## RULE 222(b) AFFIDAVIT

Pursuant to Supreme Court Rule 222(b) the PLAINTIFFs affirm that the attached complaint seeks damages in excess of $50,000.00.

*Bobbi Anderson*
Bobbi Anderson, PLAINTIFF

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2021L 000111
Filed Date: 2/8/2021 11:47 AM
Envelope: 12133337
Clerk: JH

IN THE CIRCUIT COURT OF WILL COUNTY, ILLINOIS
COUNTY DEPARTMENT – LAW DIVISION

| | |
|---|---|
| BOBBI ANDERSON, <br><br> PLAINTIFF, <br><br> v. <br><br> FRANCIS ALFARO and SCHNEIDER NATIONAL, INC., <br><br> Defendants. | 2021L 000111 <br><br><br><br> **Jury Trial Demanded** |

## JURY DEMAND

NOW COMES the Plaintiff, BOBBI ANDERSON, ("PLAINTIFF") by and through her attorneys, The Law Offices of Haytham Faraj, and submits the following 12 person Jury Demand in connection with the Complaint being filed simultaneously.

Respectfully Submitted:

*/s/ Matthew Amarin*
Matthew Amarin
Law Offices of Haytham Faraj, PLLC
1935 W. Belmont Avenue
Chicago, IL 60657
Matthew@FarajLaw.com
One of PLAINTIFF's Attorneys



# CT Corporation

**Service of Process Transmittal**
03/31/2021
CT Log Number 539304813

**TO:** Sara Miemiec, Litigation Director ACCIDENT CLAIMS
Schneider National, Inc.
3101 South Packerland Drive
Green Bay, WI 54304-

**RE:** Process Served in Indiana

**FOR:** Schneider National, Inc. (Domestic State: WI)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | BOBBI ANDERSON, Pltf. vs. FRANCIS ALFARO and SCHNEIDER NATIONAL, INC., Dfts. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 2021L000111 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Indianapolis, IN |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/31/2021 at 15:45 |
| **JURISDICTION SERVED:** | Indiana |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/31/2021, Expected Purge Date: 04/05/2021<br><br>Image SOP<br><br>Email Notification, Allicia DeLeon  deleona1@schneider.com<br><br>Email Notification, Kerry Byng  byngk@schneider.com<br><br>Email Notification, Meghan Hellmann  hellmannm@schneider.com<br><br>Email Notification, Lydia Reif  reifl@schneider.com<br><br>Email Notification, Tory Salerno  salernov@schneider.com<br><br>Email Notification, Hilary Suring  suringh@schneider.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>334 North Senate Avenue<br>Indianapolis, IN 46204<br>866-331-2303<br>CentralTeam1@wolterskluwer.com |

Page 1 of 2 / AK



EXHIBIT D


# CT Corporation

**Service of Process Transmittal**
03/31/2021
CT Log Number 539304813

**TO:** Sara Miemiec, Litigation Director ACCIDENT CLAIMS
Schneider National, Inc.
3101 South Packerland Drive
Green Bay, WI 54304-

**RE:** **Process Served in Indiana**

**FOR:** Schneider National, Inc. (Domestic State: WI)

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.