

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**
**Clerk**

312-435-5670

Date: 7/30/2021

Case Number: 1:21-cv-02203

Case Title: Anderson v. Alfaro et al

Judge: Wood

## DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW

☐ Document entered in error.

☑ Document withdrawn or removed per court order of

☐ Incorrect document linked.

☑ Other: Removed per Court Order 7/30/2021 [13]

☐ Removed per IOP30(b).

Thomas G. Bruton, Clerk

By: /s/ David Lynn
      Deputy Clerk

Rev. 11/29/2016